**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sam Sobh, | No. CV-18-04073-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Phoenix Graphix Incorporated, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion for Alternative Service (Doc. 6). Plaintiff avers that his process server, Mr. Richard G. Younger, Jr., has attempted service various times with no success. These attempts are purportedly reported in a Certificate of Due Diligence, which was stated to be attached to the motion as Exhibit A. (Doc. 6 at 2). However, the Court is not in receipt of Exhibit A. Moreover, Plaintiff failed to cite the rule(s) of civil procedure or any law authorizing the Court to grant the relief he requests. *See* Fed. R. Civ. P. 7(b)(1)(B) (motions must "state with particularity the grounds for seeking the order"); LRCiv 7.2(b) (moving party must set forth "the points and authorities relied upon in support of the motion").

Therefore, **IT IS ORDERED** denying Plaintiff's Motion for Alternative Service (Doc. 6) without prejudice.

Dated this 21st day of December, 2018.

Dominic W. Lanza
United States District Judge